UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONITY MORTGAGE CORPORATION,

Plaintiff,

-against-

ANDRE WYNTER, et al.,

Defendants.

26-CV-04705 (JAV) (RFT)

ORDER REGARDING PRO SE DEFENDANT APPEARANCE

JEANNETTE A. VARGAS, United States District Judge:

Defendants Andre Wynter and Adrienne Wynter, who are proceeding *pro se,* are directed to file Notices of Pro Se Appearance (attached) and provide all contact information in this Notice. Defendants also may file (1) their Consent to Electronic Service to receive notification by email of all filings in this action (attached); and (2) Motions for Permission for Electronic Case Filing to file documents electronically (attached). Before consenting to electronic service, Defendants must establish a Public Access to Court Electronic Records (PACER) account.

The Clerk of Court is directed to:

1. Add the PRO SE DFT Flag to this action
2. Add the following address to the caption of the docket:

   4337 Edson Ave
   Bronx, NY 10466
   acwynt@gmail.com
   (646) 256-9900

3. Mail Defendants two copies of the Information Package for Defendants and note the mailing on the docket
4. Add CASE MANAGEMENT NOTE to the docket
5. Mail a copy of this order to the following address:

Andre Wynter
4337 Edson Ave
Bronx, NY 10466

SO ORDERED.

Dated: September 25, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_______________________________________

_______________________________________
Write the full name of each plaintiff or petitioner.

-against-

_______________________________________

_______________________________________
Write the full name of each defendant or respondent.

No. _____CV______________

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on _________________.

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

   ☐ a computer with internet access and a word processor

   type of computer I will be using: ________________________________

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

type of word processor I will be using: ______________________________

☐ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

☐ a scanner to convert documents that are only in paper format into electronic files

scanning equipment I will be using: ______________________________

☐ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

version of PDF reader and writer that I will be using:

______________________________

☐ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

______________________________ ______________________________
Dated Signature

______________________________
Name

______________________________
Address City State Zip Code

______________________________ ______________________________
Telephone Number E-mail Address

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

________________________________________

________________________________________

Name (Last, First, MI)

| Address | City | State | Zip Code |
|---|---|---|---|

| Telephone Number | E-mail Address |
|---|---|

| Date | Signature |
|---|---|

Click Here to Save

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_______________________________________

_______________________________________
Write the first and last name of each plaintiff.

Case No. ______ CV ______________

-against-

**NOTICE OF PRO SE APPEARANCE**

_______________________________________

_______________________________________

_______________________________________

_______________________________________
Write the first and last name of each defendant.

I, ______________________________ ,

am a defendant in this action and hereby appear pro se. All future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

| | |
|---|---|
| Executed on (date) | Signature |
| Name | Prison Identification # (if incarcerated) |
| Address City State Zip Code | |
| Telephone Number (if available) | E-mail Address (if available) |