UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONITY MORTGAGE CORPORATION f/k/a PHH MORTGAGE CORPORATION

Plaintiff,

-against-

WYNTER ET AL.,

Defendant.

26-CV-04705 (JAV) (RFT)

**ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On September 28, 2026, I issued an order scheduling a pre-settlement conference for October 8, 2026 at 3:30 PM, requiring counsel for Plaintiff and pro se Defendants to appear. (ECF 52.) On September 29, 2026, docketing services confirmed that the scheduling order was mailed to Defendants at the address provided to the Court.

On October 8, 2026, I held the telephonic status conference. Plaintiff's counsel appeared but Defendants did not appear. I intended to discuss scheduling a settlement conference with the parties. After waiting for Defendants for 15 minutes to appear, I adjourned the conference.

The telephonic status conference is rescheduled for **October 20, 2026 at 10:30 AM** Eastern. The parties are directed to join the conference at the scheduled time. To access the conference, please dial (646) 453-4442, Access Code: 223 317 715#.

Defendants are warned that the obligation to comply with this Order and all other Court orders, including orders requiring their appearances at scheduled conferences, extends to all parties, including pro se parties. Failure to comply may result in my recommendation to Judge

Vargas that this case be dismissed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

My courtroom deputy will email this order to Defendants as a courtesy to ensure receipt.

DATED: October 9, 2026
New York, NY

SO ORDERED.

______________________________
**ROBYN F. TARNOFSKY**
United States Magistrate Judge