UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONITY MORTGAGE CORPORATION f/k/a PHH MORTGAGE CORPORATION

Plaintiff,

-against-

WYNTER ET AL.,

Defendant.

26-CV-04705 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 12, 2026, Plaintiff filed confidential settlement documents to the docket. (ECF 56.) Accordingly, the Court has temporarily sealed the documents.

The documents Plaintiff submitted are not "judicial documents," meaning documents relevant to the performance of a judicial function and useful in the judicial process. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). This is because settlement proposals do not constitute evidence, may not be used for trial, and are "uniquely a matter of a party's discretion." *United States v. Town of Moreau*, N.Y., 979 F. Supp. 129, 135 (N.D.N.Y. 1997), *aff'd sub nom. United States v. Glens Falls Newspapers, Inc.*, 160 F.3d 853 (2d Cir. 1998). Additionally, settlement proposals are not judicial documents because they are an offer to the opposing party and therefore do not invoke the power of the court. *Id.* (explaining that settlement proposals "are not judicial records[,]" and neither are settlement conference statements).

For the foregoing reasons, the Clerk of Court is also respectfully directed to seal the filing at ECF 56 in its entirety, with access to Court personnel and case participants.

DATED: October 13, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge