UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ONITY MORTGAGE CORPORATION f/k/a PHH MORTGAGE CORPORATION<br>Plaintiff,<br>-against-<br>WYNTER et al.,<br>Defendant. | 26-CV-04705 (JAV) (RFT)<br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the pre-settlement conference held on October 20, 2026, Plaintiff shall, by **October 26, 2026**, send Mr. Wynter by email a copy of the application he would need to submit to take over his late mother's mortgage loan. Mr. Wynter is encouraged to consult other banks about the possibility of getting a new mortgage of his own on the property. Additionally, the independent Legal Assistance Clinic may be able to provide referrals to financial counselors that can assist with the process of getting a new mortgage, if Mr. Wynter chooses to take that option. The Legal Assistance Clinic can be reached at (212) 382-4794 or by email (fedprosdny@nycbar.org).

Finally, a telephonic conference is scheduled for **Tuesday, October 27, 2026 at 10:00 AM**. The parties are directed to join the conference at the scheduled time and to be prepared to discuss the status of the case. Please dial (646) 453-4442, Access Code: 223 317 715#.

DATED: October 20, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE