UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONITY MORTGAGE CORPORATION f/k/a PHH MORTGAGE CORPORATION

Plaintiff,

-against-

WYNTER et al.,

Defendant.

26-CV-04705 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendant Andre Wynter was unable to attend the telephone conference held on October 27, 2026, but Adrienne Wynter appeared in his place. The conference was rescheduled for **November 4, 2026 at 10 AM**. The parties are directed to join the conference at the scheduled time and to be prepared to discuss the status of the case. Please dial (646) 453-4442, Access Code: 654 936 744#.

DATED: October 27, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge