UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONITY MORTGAGE CORPORATION f/k/a PHH MORTGAGE CORPORATION

Plaintiff,

-against-

WYNTER et al.,

Defendant.

26-CV-04705 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the pre-settlement conference held on November 4, 2026, Defendants have begun the process of filing a petition in surrogate's court in connection with the estate of their late mother. Defendants shall, within seven days of submitting the petition, file a letter updating this Court on the status of the filing by emailing such a letter to ProSe@nysd.uscourts.gov. Defendants should also file notices of pro se appearance by emailing the form, attached to this order, to ProSe@nysd.uscourts.gov.

The next pre-settlement conference will be scheduled for **December 18, 2026 at 3:30 PM**. Counsel for plaintiff and Defendants are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 359 065 902#.

DATED: November 4, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

______________________________________

______________________________________
Write the first and last name of each plaintiff.

-against-

______________________________________

______________________________________

______________________________________

______________________________________
Write the first and last name of each defendant.

Case No. ______ CV ______________

**NOTICE OF PRO SE APPEARANCE**

I, ______________________________ ,

am a defendant in this action and hereby appear pro se. All future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

| | |
|---|---|
| Executed on (date) | Signature |
| Name | Prison Identification # (if incarcerated) |
| Address City State Zip Code | |
| Telephone Number (if available) | E-mail Address (if available) |