UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONITY MORTGAGE CORPORATION f/k/a PHH MORTGAGE CORPORATION

Plaintiff,

-against-

WYNTER et al.,

Defendant.

26-CV-04705 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court was informed today that as of November 13, 2026, the Southern District of New York is implementing a new system for pro se filings. Accordingly, instead of emailing the letter to inform the Court that the Defendants have filed a petition in surrogate's court in connection with the estate of their late mother, Defendants should upload the letter to the Pro se Document Submission Portal, which can be found at: https://sdp.nysd.circ2.dcn/submit-pro-se-files-court. Defendants should also use this portal to upload notices of pro se appearance. The form is attached to this order as well as the Court's previous order at ECF 66.

DATED: November 5, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_______________________________________

_______________________________________

Write the first and last name of each plaintiff.

Case No. ______ CV ______________

-against-

**NOTICE OF PRO SE APPEARANCE**

_______________________________________

_______________________________________

_______________________________________

_______________________________________

Write the first and last name of each defendant.

I, ______________________________ ,

am a defendant in this action and hereby appear pro se. All future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

| | |
|---|---|
| Executed on (date) | Signature |
| Name | Prison Identification # (if incarcerated) |
| Address | City State Zip Code |
| Telephone Number (if available) | E-mail Address (if available) |